UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA              :

    - v. -                            :

BENJAMIN WEY,                         :     **ORDER**
    a/k/a "Benjamin Wei,"
    a/k/a "Tianbing Wei," and         :     15 Cr. 611 (UA)
SEREF DOGAN ERBEK,
    a/k/a "Dogan Erbek,"              :

            Defendants.               :

- - - - - - - - - - - - - - - - - x

        Upon the application of the United States, it is ORDERED that the Indictment, arrest warrants, and any related paperwork be and hereby are UNSEALED.

Dated:  New York, New York
        September 10, 2015

                                    _____
                                    HON. FRANK MAAS
                                    Chief United States Magistrate Judge
                                    Southern District of New York

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/15
```