UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>-v<br><br>BENJAMIN WEY,<br>　　A/K/A "BENJAMIN WEI,"<br>　　A/K/A "TIANBING WEI," AND<br>SEREF DOGAN ERBEK,<br>　　A/K/A "DOGAN ERBEK",<br><br>　　　　Defendants. | 15 Cr. 611 (AJN)<br><br>**UNOPPOSED MOTION FOR ADMISSION PRO HAC VICE**<br><br>ECF Case |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Barry Frank McNeil, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for BENJAMIN WEY, A/K/A "BENJAMIN WEI,"A/K/A "TIANBING WEI," in the above-captioned action. The Motion is unopposed.

I am in good standing of the bar of the state of Texas and there are no pending disciplinary proceedings against me in any state of federal court, as evidenced by the Certificate of Good Standing annexed hereto.

Dated: January 7, 2016

　　　　　　　　　　　　　　　　　　HAYNES and BOONE, LLP
　　　　　　　　　　　　　　　　　　*Counsel for Defendant*
　　　　　　　　　　　　　　　　　　BENJAMIN WEY,
　　　　　　　　　　　　　　　　　　A/K/A "BENJAMIN WEI,"
　　　　　　　　　　　　　　　　　　A/K/A "TIANBING WEI

　　　　　　　　　　　　　　　　By: *s/Barry F. McNeil*
　　　　　　　　　　　　　　　　　　Barry F. McNeil
　　　　　　　　　　　　　　　　　　2323 Victory Avenue, Suite 700
　　　　　　　　　　　　　　　　　　Dallas, Texas 75219-7672
　　　　　　　　　　　　　　　　　　Telephone (214)-651-5580
　　　　　　　　　　　　　　　　　　Barry.mcneil@haynesboone.com