

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 15, 2016

**BY ECF and BY HAND**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Chambers 2102
New York, New York 10007

        Re:    <u>United States v. Wey</u>,
                 15 Cr. 611 (AJN)

Dear Judge Nathan:

      The Government respectfully writes to update the Court on the status of this matter.

      By letter dated February 15, 2016, the Government informed the Court that it had not yet obtained assistance requested many months ago from foreign authorities to secure records relevant to contemplated additional tax charges. In view of the delay, the Government asked the Court for a two-month extension of its February 15, 2016 deadline for addition of new charges by means of a superseding indictment. Defendant Benjamin Wey opposed that request, and the Court granted the Government a more limited extension, until today, March 15, 2016. The Court also ordered that no further extensions of that deadline would be granted.

      Despite persistent efforts by this Office and by the U.S. Department of Justice's Office of International Affairs ("OIA"), the assistance requested of foreign authorities still has not materialized.

      Accordingly, the Government hereby informs the Court and defense counsel that it will not be adding tax charges to the pending indictment in this matter. Any additional charges will

instead be presented to the grand jury for consideration in the form of a new proposed indictment. Should such an indictment be returned, the Government will promptly alert this Court of that fact.

                                Respectfully submitted,

                                PREET BHARARA
                                United States Attorney

By:   _/s/_____
                                Sarah Eddy McCallum
                                Ian McGinley
                                Michael Ferrara
                                Assistant U.S. Attorneys
                                212-637-1033 /-2257 / -2526

Cc:     David Siegal, Esq.