UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

United States of America,                                          :   15-cr-611 (AJN)
                                                                   :
-v-                                                                :   ORDER
                                                                   :
Benjamin Wey,                                                      :
                Defendant.                                         :
------------------------------------------------------------------ X

ALISON J. NATHAN, District Judge:

       The Court has determined that a hearing is warranted to address whether certain evidence that is the subject of Defendant Benjamin Wey's May 26, 2016 motion, Dkt. No. 44, should be suppressed. That hearing is hereby scheduled for **January 23, 2017 at 10:00 AM**.

       The parties should be prepared to address the following issues: (i) whether the Government acted in good faith in executing the January 25, 2012 searches of the offices of New York Global Group, Inc. at 40 Wall Street, New York, NY and of Mr. Wey's residence, respectively; and (ii) whether the Government acted reasonably and in good faith in executing off-site searches of computers and computer-related equipment seized from those locations.

       The parties shall jointly submit a proposed witness list no later than January 16, 2017.

       SO ORDERED.

Dated: November 28, 2016
       New York, New York

                                                    _____
                                                    ALISON J. NATHAN
                                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: NOV 28 2016

1