UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

United States of America,

    -v-

Benjamin Wey,
                Defendant.

------------------------------------------------------------------ X

15-cr-611 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

It is hereby ORDERED that:

- the hearing currently scheduled to begin on January 23, 2017 at 10:00 AM, which the Court had indicated might have to be adjourned, will now proceed as originally scheduled; and

- the trial currently scheduled to begin on March 6, 2017 at 9:30 AM is adjourned to October 2, 2017 at 9:30 AM.

Time is excluded for Speedy Trial Act purposes from the date of this Order until October 2, 2017. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial because Defendant requires time to review extensive discovery, to engage in pretrial motion practice, and to prepare for trial.

SO ORDERED.

Dated: December 23, 2016
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: DEC 23 2016