

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 20, 2017

**UNDER SEAL**
The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Chambers 2102
New York, New York 10007

> Due to the Court's unavailability at the below-requested times, the Court hereby orders the parties to propose available times on September 8, 15, 18, or 19.
> SO ORDERED.

Re:   United States v. Wey, 15 Cr. 611 (AJN)

Dear Judge Nathan:

      The Government respectfully submits this letter, on behalf of both parties in the above-captioned case, in response to the Court's June 20, 2017 Order to submit three proposed dates for a hearing on the motion for a protective order filed by the Government. The parties have conferred and propose that, if such a hearing is necessary, it be held on September 11th, 12th, or 13th, at a time that is convenient for the Court.

Respectfully submitted,

JOON H. KIM
Acting United States Attorney

By:   /s/ ·
Ian McGinley
Brendan F. Quigley
Brooke Cucinella
Assistant U.S. Attorneys
212-637-2203 / 2190 /2477

Cc:   David Siegal, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 2 5 2017

SO ORDERED: 7/25/17

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE