

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 10, 2017

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Chambers 2102
New York, New York 10007

      Re:    <u>United States v. Wey</u>, 15 Cr. 611 (AJN)

Dear Judge Nathan:

      On or about September 9, 2015, the Honorable John G. Koeltl, sitting as the Part I Judge, entered a Post-Indictment Restraining Order (the "PIRO") in this case. *See* Dkt. No. 11. The PIRO was to "remain in effect until further order of this Court." *See id.* at 5.

      In light of the *nolle prosequi* against defendant Wey, the Government respectfully requests that the Court lift the PIRO.

                                   Respectfully submitted,

                                   JOON H. KIM
                                   Acting United States Attorney

             By:    /s/ Brooke E. Cucinella_____
                       Ian McGinley
                       Brendan F. Quigley
                       Brooke E. Cucinella
                       Assistant U.S. Attorneys
                       212-637-2203 / 2190 /2477

_____
SO ORDERED
HON. ALISON J. NATHAN
United States District Judge