

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 10, 2017

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Chambers 2102
New York, New York 10007

      Re:    <u>United States v. Wey</u>, 15 Cr. 611 (AJN)

Dear Judge Nathan:

    On or about September 9, 2015, the Honorable John G. Koeltl, sitting as the Part I Judge, entered a Post-Indictment Restraining Order (the "PIRO") in this case. *See* Dkt. No. 11. The PIRO was to "remain in effect until further order of this Court." *See id.* at 5.

    In light of the *nolle prosequi* against defendant Wey, the Government respectfully requests that the Court lift the PIRO.

                                      Respectfully submitted,

                                      JOON H. KIM
                                      Acting United States Attorney

                      By:    /s/ Brooke E. Cucinella_____
                                      Ian McGinley
                                      Brendan F. Quigley
                                      Brooke E. Cucinella
                                      Assistant U.S. Attorneys
                                      212-637-2203 / 2190 /2477

*[Signature: Alison J. Nathan, 8/11/17]*

_____
SO ORDERED
HON. ALISON J. NATHAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: AUG 11 2017