UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Seref Dogan Erbek,

          Defendant.

15-cr-611 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Due to the Court's calendar, the sentencing in the above-referenced matter is hereby adjourned from December 12, 2018, at 10:00 a.m., to December 12, 2018, at 12:00 p.m.

    SO ORDERED.

Dated: November __, 2018
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1